UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  ) Case No. 23-61371
**Fernando Cruz, III** )
)
)
) **Notice of Debtor's**
) **Amendment of Mailing List or**
Debtor(s)  ) **Schedules D, E, F, E/F, G, or H**

1. **Filing Instructions for Debtor(s)**

   A. File this form to add or delete creditors from the mailing list and/or Official Forms (OF) Schedules D, E, F, E/F, G or H, or change the amount or classification of a debt listed on Schedules D, E, F and/or E/F. An amendment filing fee is required.

   B. If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format set forth on Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).

   C. If amending Schedules D, E, F, E/F, G or H, label them as "Supplemental" and include only the new information, and file them with this notice.

   D. If amending Schedules D, E, F or E/F, file OF B 106Sum for individual debtors, or OF B 206Sum for non-individual debtors.

   E. If the case is closed, file a separate motion to reopen with the applicable filing fee.

   F. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

2. **Service Instructions for Debtor(s)**

   A. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

      1. The notice of meeting of creditors (i.e., notice of bankruptcy case) that includes all 9 digits of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).

      2. Each applicable amended schedule.

      3. When the time for filing a timely proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. You must create this notification.

      4. Chapter 7 or 11: Any order fixing time for filing a proof of claim form.

5. Chapter 9, 11, 12, or 13:

    - The notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

    - The most recent confirmation order, the most recent confirmed plan, and, if a confirmed chapter 11 plan, the approved disclosure statement.

6. Chapter 11, 12 or 13: Any notice of modification of plan, including attachments, if time for objection has not expired.

7. Chapter 9 or 11:

    - The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders.

    - The notice of any pending hearing on a disclosure statement, with attachments.

B. When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice, the applicable amended schedule(s), and the following:

   1. A notice to each deleted creditor that:

      - the creditor is being deleted and will not receive any further notices; and

      - if time has been fixed to file a proof of claim, the creditor should contact the creditor's attorney with any claims questions.

   2. Chapter 9 or 11: A notice to each affected creditor that a proof of claim must be filed by the later of (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

3. **Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that: (A) all applicable requirements above have been completed; and (B) the attachments are true and correct or were individually verified by the debtor(s).

| Dated: | **August 17, 2023** | **/s/ Devon Thorson** |
|---|---|---|
| | | Signature |
| | | **Devon Thorson 116026   323-320-4747** |
| | | Type or Print Signer's Name and Phone No. |
| | | **220 W. Rapp Rd** |
| | | **Unit #64** |
| | | **Talent, OR 97540** |
| | | **xxx-xx-0100** |
| | | Debtor's Address & Taxpayer ID #(s) (last 4 digits) |

PREVIOUSLY LISTED:

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Comenitybank/trwrdsv
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Credit Corp. Solutions INC.
63 East 11400 South 408
Sandy, UT 84070

Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

Jessica F Richarson
220 W Rapp Rd
Unit 64
Talent, OR 97540

Rogue Credit Union,
Attn: Bnakruptcy
Po Box 4550
Medford, OR 97501

Upgrade Inc.
275 Battery Street
22nd Floor
San Francisco, CA 94111

Wyndham Vacation Ownership
Attn: Bankruptcy
P.O. Box 98940
Las Vega, NV 89139

Wyndham Vacation Resorts

NEWLY ADDED TO CORRECT ADDRESS DEFICIENCY:
Wyndham Vacation Resorts
Attn: Bankruptcy Department
6277 Sea Harbor Drive
Orlando, FL 32821